**L. RUTHER, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Plaintiff–Appellee.**

No. 01–2207.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

L. Ruther, Pro Se.

Steven E. Gordon, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

L. Ruther appeals the district court's orders dismissing his civil action and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ruther v. United States,* No. CA–01–670–A (E.D. Va. Sept. 14 & 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*